IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOANN DOUGLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-919 WDS |
| ) | |
| RHONDA RINCK, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is Plaintiff's Motion for Approval and Release of Attorney Fees (Doc. 47). Pursuant to Illinois Supreme Court Rule 764(h)(1), which allows for attorney compensation with "approval of the tribunal," and based upon the representation of Stephen M. Kernan as an officer of the Court that $10,750.00 is quantum meruit for services rendered by Thomas Hildebrand in the action, and this Court being a tribunal as contemplated by Rule 764(h)(1), the motion is **GRANTED**.

The Court hereby **APPROVES** of payment of attorney fees in the amount of $10,750.00 to Thomas Hildebrand.

**IT IS SO ORDERED.**

**DATED: June 6, 2008**

                                              s/ *Donald G. Wilkerson*
                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**